IN THE COURT OF APPEALS OF TENNESSEE
WESTERN SECTION AT NASHVILLE

**FILED**

**May 23, 1997**

**Cecil W. Crowson
Appellate Court Clerk**

CONNIE A. WILLIAMS,　　　　　　　)
(Now Montgomery)　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Respondent/Counter-Petitioner/　)
　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　)　Appeal No.
　　　　　　　　　　　　　　　　)　01-A-01-9610-CV-00468
VS.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　Putnam Circuit
　　　　　　　　　　　　　　　　)　No. NJ-3698
MICHAEL C. WILLIAMS,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Petitioner/Counter-Respondent/　)
　　　Appellee.　　　　　　　　　)

## OPINION DISSENTING IN PART AND
## CONCURRING IN THE RESULT

I respectfully dissent from the majority's conclusion that a substantial change of circumstances has not occurred since the lower court's prior custody order. Perhaps I am being overly technical, because the majority does qualify its conclusion by adding, "sufficiently compelling to warrant changing custody." I agree that the evidence preponderates against the trial judge's finding that the best interests of the children would be served by placing them in the father's primary custody, but I believe the parents' new relationships, and the impact they have on the children is a sufficient change to warrant a fresh look by the court. Especially in this case, where the children themselves have put out such contradictory signals about the changes in their lives.

I would reverse the custody award based solely on the preponderance of the evidence.

_____
BEN H. CANTRELL, JUDGE